BROWN WEGNER LLP
William J. Brown, Jr. (SBN 192950)
  bill@brownwegner.com
Matthew K. Wegner (SBN 223062)
  mwegner@brownwegner.com
Lidia Sykisz (SBN 307994)
  lsykisz@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Plaintiff
GREG GENSKE

[*Additional counsel information on next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG GENSKE, an individual residing in California,<br><br>Plaintiff,<br><br>v.<br><br>THE LEGACY AGENCY, INC., a Delaware corporation; GSE WORLDWIDE, INC., a Delaware corporation; GCM SPORTS HOLDINGS, INC.; TLA WORLDWIDE, PLC, a United Kingdom public limited company; and DOES 1 through 20,<br><br>Defendants.<br><br>THE LEGACY AGENCY, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>GREG GENSKE,<br><br>Counterdefendant. | **Case No. 8:19-cv-00466-AG-DFM**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS, BY AND AGAINST ALL PARTIES**<br>**[FRCP 41(a)(1)(A)(ii)]**<br><br><br>State action filed:     01/17/2019<br>Action removed:      03/08/2019 |

[*Additional counsel*]


DAVIS WRIGHT TREMAINE LLP
Aaron Colby
aaroncolby@dwt.com
Paul Rodriguez
paulrodriguez@dwt.com
865 S Figueroa St # 2400,
Los Angeles, California 90017
Telephone: 213.633.6882

KAPLAN RICE LLP
Howard J. Kaplan (admitted *pro hac vice*)
Hkaplan@kaplanrice.com
142 W. 57th Street, Suite 4A
New York, New York, 10019-3300
Telephone: (212) 235-0300

Attorneys for Defendants
The Legacy Agency, Inc., GSE Worldwide, Inc., GCM Sports Holdings, Inc., and TLA Worldwide, PLC

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure |
| 3 | Rule 41(a)(1)(A)(ii), Plaintiff and Cross-Defendant Greg Genske ("Genske"), |
| 4 | Defendant and Cross-Claimant The Legacy Agency, Inc. ("TLA, Inc."), and |
| 5 | Defendants GSE Worldwide, Inc. and GCM Sports Holdings, Inc. ("Defendants") |
| 6 | hereby stipulate to a voluntary dismissal without prejudice of all claims and |
| 7 | counterclaims, against all parties, in the above-entitled action. |
| 8 | The parties further stipulate that each shall bear his/its own costs and attorney's |
| 9 | fees. |
| 10 | SO STIPULATED. |
| 11 | |
| 12 | [*Counsel signatures on next page*] |

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: November 4, 2019 | | BROWN WEGNER LLP |

/s/ Matthew K. Wegner
William J. Brown, Jr.
Matthew K. Wegner
Lidia Sykisz
Attorneys for Plaintiff, GREG GENSKE

DATED: November 1, 2019           DAVIS WRIGHT TREMAINE LLP

/s/ Aaron Colby
Aaron Colby

DATED: November 1, 2019           /s/ Howard J. Kaplan
Howard J. Kaplan (admitted *pro hac vice*)
KAPLAN RICE LLP

Attorneys for Defendants
The Legacy Agency, Inc., GSE Worldwide, Inc., GCM Sports Holdings, Inc., and TLA Worldwide, PLC

## LOCAL RULE 5-4.3.4 ATTESTATION

I, Matthew K. Wegner, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2019            /s/ Matthew K. Wegner
Matthew K. Wegner

# CERTIFICATE OF SERVICE

***Greg Genske v. The Legacy Agency, Inc., et al.; and related counterclaim***
8:19-cv-00466-AG-DFM

The undersigned hereby certifies that on this date, the foregoing document filed electronically using the Court's CM/ECF System is served on counsel of record pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: November 4, 2019         /s/ Matthew K. Wegner
                                Matthew K. Wegner